USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 11/22/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- X

CENTAUR PROPERTIES LLC, *et al.*,

Plaintiffs,

-against-

UNITED STATES FIRE INSURANCE CO.,

Defendant.

----------------------------------------------------------- X

1:26-cv-9900-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

This action was removed from the Supreme Court of the State of New York, County of New York, on November 11. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than December 4, 2026. Additionally, counsel for Plaintiffs is directed to promptly file a notice of appearance in this case. Counsel for Defendant is directed to serve a copy of this order on Plaintiffs, and to retain proof of service.

SO ORDERED.

Dated: November 22, 2026
New York, New York

GREGORY H. WOODS
United States District Judge